# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Jordanish TORRES-GARCIA<br><br>*Defendant(s)* | Case No.<br>6:24-mj- 1434 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __See below__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119(3) | CARJACKING RESULTING IN DEATH |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian Wilson, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 24, 2024

_____
Judge's signature

City and state: Orlando, FL

Embry J. Kidd, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA

COUNTY OF ORANGE

Case No. 6:24-mj- 1434

## AFFIDAVIT

I, Brian Wilson, Special Agent ("SA") of the Federal Bureau of Investigation ("FBI"), being duly sworn, do depose and state the following.

### Introduction

1. I make this affidavit in support of a criminal complaint for JORDANISH TORRES GARCIA. Based on the following facts, there is probable cause to believe that on or about April 11, 2024, GARCIA committed a violation of 18 U.S.C. § 2119(3) specifically, carjacking with a firearm resulting in death.

2. The information set forth in this affidavit is based upon my own personal knowledge as well as information provided to me by other law enforcement officers and additional sources, identified in this affidavit, and is provided solely for the purpose of establishing probable cause. Because this affidavit is submitted for the limited purpose of establishing such probable cause, it does not include all of the details of this investigation of which I am aware.

### Agent Background

3. I am a Special Agent with the Federal Bureau of Investigation and have been since June 6, 2021. I am presently assigned to work a variety of criminal matters including the investigation of violent crimes, narcotics distribution, gangs, and major offenses such as Hobbs act robberies, carjackings and the apprehension of

federal fugitives. During my training at the FBI Academy in Quantico, Virginia, I have received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. Prior to my training at the FBI Academy in Quantico, Virginia, I conducted a number of investigations as a police officer with the Wilmington Police Department in Wilmington, North Carolina. My prior training and experience involved identifying known gang members and narcotics dealers operating within my area of responsibility.

4. The facts contained in this affidavit are based on my own personal knowledge, as well as FBI records, government records, and/or information relayed to me by other federal, state, and local law enforcement personnel.

5. Based on the investigation described in this affidavit, there is probable cause to support the issuance of a federal criminal complaint for GARCIA for violation of 18 U.S.C. § 2119(3).

## PROBABLE CAUSE

6. On April 11, 2024, at approximately 5:45 P.M., deputies with the Seminole County Sheriff's Office, responded to the intersection of East Lake Drive and Tuskawilla Road, Winter Springs, FL, in reference to a possible carjacking. While in route to the carjacking, Seminole County dispatch provided a description of the suspect vehicle involved as a green passenger car.

7. Upon arrival deputies made contact with a witness who showed them a video of the incident. The video shows a Green Acura passenger car (SUSPECT

VEHICLE) stopped behind a White Dodge Durango (VICTIM VEHICLE) in the left turn lane on eastbound East Lake Drive at the intersection of Tuskawilla Road.

8. An unknown subject then exits the SUSPECT VEHICLE. The subject was seen wearing a black hoodie with a gold center design, a face mask, black pants, and black shoes. The subject was carrying what looked to be a black rifle and approached the front driver side window of the VICTIM VEHICLE. The subject pointed the rifle at the victim's window after which the driver side door of the vehicle opened. The subject then leaned into the vehicle for a few moments, and then the rear driver side door opened. The subject was then seen entering the victim's vehicle on the rear driver side, while still holding the rifle.

9. Once the subject entered the vehicle, both the front and rear doors of the vehicle shut. Both the VICTIM VEHICLE and the SUSPECT VEHICLE were seen making a u-turn on East Lake Dr, heading westbound on East Lake Dr. No occupants exited the white Dodge Durango after the subject was seen entering the vehicle.

10. Hours after the carjacking, the Dodge Durango was found on fire in Osceola County. Located inside of the burned vehicle was the victim's body. Medical examination showed that the victim has been shot multiple times.

11. I checked with the maker of VICTIM VEHICLE, who confirmed that VICTIM VEHICLE was delivered from outside the state of Florida to Florida in 2017.

3

## ARREST/INTERVIEW OF GARCIA

12.     On April 19, 2024, GARCIA was located and arrested in Orange County, Florida, pursuant to a federal arrest warrant for a violation of federal probation stemming from federal weapons charges in the District of Puerto Rico. Following the arrest, GARCIA was transported to the Seminole County Sheriff's Office under request of the United States Marshal to be housed in the Seminole County jail. After waiving his Miranda rights, detectives conducted a recorded interview with GARCIA at the Seminole County Sheriff's Office.

13.     GARCIA admitted that he was the suspect that exited the green Acura (SUSPECT VEHICLE) at the scene of the armed carjacking and approached the VICTIM VEHICLE at gunpoint. He stated that approximately 30 minutes prior to the carjacking, a subject, met with him somewhere near the area of Lake Drive, in Casselberry, and gave him the AR-15 to be used during the carjacking. According to GARCIA, the AR-15 was not loaded.

14.     GARCIA stated that minutes before the carjacking, he received a call, advising him that the VICTIM was on her way. According to GARCIA, he located and began to follow the victim somewhere in the area of East Lake Drive, at the stop sign of Lake Drive. GARCIA stated they initially "bumped" the VICTIM VEHICLE, in an attempt to get it to stop, but were unsuccessful. However, the VICTIM VEHICLE was forced to stop at a red light at the intersection of East Lake Dr and Tuskawilla Road, Winter Springs, FL.

15. GARCIA stated another subject was with him during the armed carjacking. That subject stayed in the green Acura and drove it after GARCIA got into the victim's vehicle at the intersection of East Lake Drive and Tuskawilla Road.

16. GARCIA admitted that he was paid $1,500 to take the VICTIM and deliver her to another individual.

## CONCLUSION

17. Based on the foregoing facts and opinions, my experience and training, and consultation with other law enforcement agents, I believe that there is probable cause to believe that on or about April 11, 2024, GARCIA committed a violation of 18 U.S.C. § 2119(3), carjacking with a firearm resulting in death.

Respectfully submitted,

_____
SA Brian Wilson
Federal Bureau of Investigation

Affidavit submitted by email and attested
to me as true and accurate by Zoom and/or
teleconference conference consistent with
Fed. R. Crim. P. 4.1 and 41(d)(3)
this  24   day of April, 2024.

_____
The Honorable Embry J. Kidd
UNITED STATES MAGISTRATE JUDGE

5