AO 442 (Rev.11/11) Arrest Warrant

FID 9936962

APR 26 2024 AM11:16
FILED - USDC - FLMD - ORL

RECEIVED USMS ORLANDO
2024 APR 24 PM 12:29

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jordanish TORRES-GARCIA<br><br>*Defendant* | )<br>)<br>) Case No. 6:24-mj-1434<br>)<br>)<br>)<br>) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jordanish TORRES-GARCIA

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Carjacking Resulting in Death in violation of 18 U.S.C. § 2119(3)

Date: April 24, 2024

*L. Jernigan*
*Issuing officer's signature*

City and state: Orlando, FL

Elizabeth Warren, Clerk of Court
United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4-24-24, and the person was arrested on *(date)* 4-24-24
at *(city and state)* Orlando, FL.
Date: 4-25-24

*Jean Caceres Deputy U.S. Marshal*
*Arresting officer's signature*
*Printed name and title*